NUMBER
13-05-762-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

                IN
RE: CINCO NATURAL RESOURCES CORPORATION

           AND
BOSS EXPLORATION & PRODUCTION CORPORATION

____________________________________________________________

 

                                  On
Petition for Writ of Mandamus ____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                       Before
Justices Hinojosa, Yañez, and Castillo

                                Per
Curiam Memorandum Opinion[1]

 

Relators, Cinco Natural Resources Corporation and
Boss Exploration & Production Corporation, filed a petition for writ of mandamus in the above cause on December 19, 2005.  The Court requested a response from the real
parties in interest and such response was filed on January 17, 2006.  








The Court, having examined and fully considered the
petition for writ of mandamus and response thereto, is of the
opinion that relators have not shown themselves entitled to the relief
sought.  Accordingly, the petition for
writ of mandamus is DENIED.  See Tex. R. App. P. 52.8. 

PER CURIAM

 

 

Memorandum
Opinion delivered and filed

this
23rd day of January, 2006.

 

 

 

 

 

 











[1]  See Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).